FILED
2026 Oct-08 AM 11:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

**FREDDIE LEE ADAMS, JR.,**
Plaintiff,

**v.**

**R. CUTTS, JR.,** *et al.*,
Defendants.

**Case No. 7:25-cv-1976-CLM-GMB**

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending that the court dismiss this case without prejudice for failure to prosecute. (Doc. 15). The magistrate judge advised Plaintiff Freddie Lee Adams, Jr. of his right to file written objections within 14 days, but the court has not received any objections.

After considering the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss this case for failure to prosecute.

The court will enter a separate final judgment that carries out this ruling and closes this case.

**DONE** and **ORDERED** on October 8, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE